■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENEE LOPEZ, Appellant. [666 NYS2d 450] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flug, J.), rendered June 15, 1995, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620, 621), we find that it was legally sufficient to disprove the defendant's claim that he was acting as an agent of the undercover agent in the narcotics transaction (*see, People v Alvarez*, 235 AD2d 484; *People v Leybovich*, 201 AD2d 670; *People v Overton*, 168 AD2d 575). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Altman, J. P., Friedmann, Krausman and McGinity, JJ., concur.